IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RASHID MUHAFA and
RITA SHELTON,

    Plaintiffs,

v.                                    CASE NO. 1:10-cv-21-SPM-GRJ

DENISE FERRERO,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

On March 3, 2010, the Court ordered Plaintiffs to show cause on or before March 16, 2010, as to why this case should not be dismissed for failure to comply with the Court's order to file an amended complaint and provide financial information in support of Plaintiffs' motion for leave to proceed *in forma pauperis*. Doc. 7. As of the date of this Report, Plaintiffs have failed to respond to the show cause order and more than one year has passed since the Plaintiffs have taken any action in this case, apart from sending a letter to the Court in October 2010 regarding assignment of this case to the undersigned. Further, as set forth in detail in the Court's order to file an amended complaint, it is clear that Plaintiffs' claims against Defendant, the state-court judge who presided over eviction proceedings against Plaintiffs, are barred by the doctrine of absolute judicial immunity. *See* Doc. 6.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court, for failure to prosecute, and for failure to

state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915(e)(2)(B)(ii).

**IN CHAMBERS**, at Gainesville, Florida, this 7th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**