IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RASHID MUHAFA, I, et al.,

    Plaintiffs,

vs.                                         CASE NO.: 1:10-cv-21-SPM-GRJ

DENISE FERRERO,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 13). Plaintiffs have been mailed a copy and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 13) is *adopted* and incorporated by reference in this order.

2     This case is *dismissed* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, and for failure to prosecute.

DONE AND ORDERED this <u>twelfth</u> day of July, 2011.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Senior United States District Judge